

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of A.R.C. and S.A.C., children,

\* From the County Court at Law No. 2 of Ector County,
Trial Court No. CC2-16-074-PC.

No. 11-17-00362-CV

\* June 21, 2018

\* Memorandum Opinion by Willson, J. (Panel consists of: Willson, J., Bailey, J., and Wright, S.C.J., sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.